UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80580-CV-SMITH/MATTHEWMAN

ALBERTO LEAL, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

VAN DELL JEWELERS OF ROYAL
PALM BEACH, INC.,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES TO PLAINTIFF ALBERTO LEAL AND AGAINST DEFENDANT VAN DELL JEWELERS OF ROYAL PALM BEACH, INC., AND ITS COUNSEL, MELISSA M. SIMS, ESQ., AND THE LAW FIRM OF BERK, MERCHANT & SIMS, PLC

THIS CAUSE is before the Court upon the Affidavit of Joshua H. Eggnatz in Support of Order Granting Plaintiff's Motion to Compel [DE 39]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 24. On September 12, 2019, Defendant, Van Dell Jewelers of Royal Palm Beach ("Defendant"), filed a Response [DE 40] to the Affidavit. The matter is now ripe for review.

In its August 26, 2019 Order Granting Plaintiff's Motion to Compel Responses to Plaintiff's Interrogatories and Request for Production [DE 38], the Court found that Plaintiff, Alberto Leal ("Plaintiff"), was entitled to an award of attorney's fees and costs against Defendant and Defendant's counsel, Melissa M. Sims, Esq. and the law firm of Berk, Merchant

1

& Sims, PLC, for the time incurred by Plaintiff's counsel in drafting Plaintiff's Motion to Compel and his Reply in support of the Motion to Compel. *Id.* at p. 5. The Court set a briefing schedule for Plaintiff to file an affidavit establishing the amount of attorney's fees claimed, for Defendant to file a response or objections, and for Plaintiff to file a reply. *Id.*

On September 6, 2019, Plaintiff filed the Affidavit of Joshua H. Eggnatz in Support of Order Granting Plaintiff's Motion to Compel [DE 39]. According to the Affidavit, Plaintiff is seeking $1,050.00 in attorney's fees and no costs. *Id.* at p. 4. On September 12, 2019, Defendant filed a Response to the Affidavit and stated that "Defendant and Defense counsel agree to pay the requested fee." [DE 40, p. 1].

Based on the foregoing, it is hereby **ORDERED** that Defendant and Defendant's counsel, Melissa M. Sims, Esq. and the law firm of Berk, Merchant & Sims, PLC, are ORDERED to pay, and shall pay, Plaintiff his attorney's fees in the total amount of **$1,050.00.** The payment shall be made on or before **September 30, 2019**, to the trust account of Eggnatz Pascucci, P.A., and delivered or mailed Joshua H. Eggnatz, Esq.

**DONE AND ORDERED** in Chambers this 13th day of September, 2019 at West Palm Beach, Palm Beach County, in the Southern District of Florida.

WILLIAM MATTHEWMAN
United States Magistrate Judge