## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH

**CASE NO.: 9:19-CV-80580-RS**

**ALBERTO LEAL,**

    **PLAINTIFF,**

**V.**

**VAN DELL JEWELERS OF ROYAL PALM BEACH,**

    **DEFENDANT.**

_____/

## NOTICE OF SETTLEMENT

Defendant, VAN DELL JEWELERS OF ROAY PALM BEACH, hereby gives notice that the parties reached an amicable settlement of all claims. The parties request the Court allow thirty (30) days for the parties to finalize the settlement paperwork and file a Joint Stipulation of Dismissal with Prejudice with the Court.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

 /s/*Melissa M. Sims*
Melissa M. Sims / FBN: 85936
Evan M. Brooks / FBN: 68310
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Tel:  786-338-2878
Fax: 786-338-2888
E-Mail: msims@berklawfirm.com
dalvarez@berklawfirm.com
ebrooks@berklawfirm.com
msoler-rodriguez@berklawfirm.com
***Counsel for Defendant***

*LEAL v. VAN DELL JEWELERS, ETC.*
**CASE NO.: 19-80580-CV-MIDDLEBROOKS/BRANNON**
**Page 2 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4 November 2019, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Joshua H. Eggnatz, Esq. / FBN: 0067926
Michael. J. Pascucci, Esq. / FBN: 0083397
Steven N. Saul, Esq. / FBN: 1002827
**EGGNATZ PASCUCCI, P.A.**
7450 Griffin Road
Suite 230
David, FL  33314
Tel: 954-889-3359
Fax: 954-889-5913
E-Mail: Mpascucci@JusticeEarned.com;
JEggnatz@JusticeEarned.com; SSaul@JusticeEarned.com
sgizzie@justiceearned.com
*Counsel for Plaintiff*

                                                                          */s/Melissa M. Sims*
                                                                          Melissa M. Sims