**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

**CASE NO.: 9:19-CV-80580-RS**

**ALBERTO LEAL,**

     **PLAINTIFF,**

**V.**

**VAN DELL JEWELERS OF ROYAL PALM BEACH,**

     **DEFENDANT.**

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ALBERTO LEAL and Defendant, VAN DELL JEWELERS OF ROYAL PALM BEACH, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to this Joint Stipulation of Dismissal with Prejudice on the following grounds:

1. The Parties, having amicably settled the above-captioned litigation, stipulate to the dismissal with prejudice of this case, with each party to bear its own attorneys' fees and costs.
2. The Parties herein request the court issue an Order of Dismissal with Prejudice, order the Clerk to close this case, and deny any and all pending motions as moot.
3. The effectiveness of this stipulation of dismissal is condition upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.

Dated this 8th day of November, 2019.

| **BERK, MERCHANT & SIMS, PLC** | **EGGNATZ PASCUCCI, P.A.** |
|---|---|
| */s/Melissa M. Sims*            | */s/Joshua H. Eggnatz* |
| Melissa M. Sims / FBN: 85936    | Joshua H. Eggnatz, Esq. / FBN: 0067926 |
| Evan M. Brooks / FBN: 68310     | Michael. J. Pascucci, Esq. / FBN: 0083397 |
| 2 Alhambra Plaza, Suite 700     | Steven N. Saul, Esq. / FBN: 1002827 |
| Coral Gables, Florida 33134     | 7450 Griffin Road, Suite 230 |
| Tel: 786-338-2878/Fax: 786-338-2888 | David, FL  33314 |
| E-Mail: msims@berklawfirm.com   | Tel: 954-889-3359/Fax: 954-889-5913 |
| dalvarez@berklawfirm.com        | E-Mail: Mpascucci@JusticeEarned.com; |
| ebrooks@berklawfirm.com         | JEggnatz@JusticeEarned.com; |
| msoler-rodriguez@berklawfirm.com | SSaul@JusticeEarned.com |
|   *Counsel for Defendant*       | sgizzie@justiceearned.com |
|                                 | *Counsel for Plaintiff* |