UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CV-80580-SMITH/MATTHEWMAN

ALBERTO LEAL,

    Plaintiff,

v.

VAN DELL JEWELERS OF ROYAL
PALM BEACH, INC.,

    Defendant.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 44). The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation (ECF No. 44) is **APPROVED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs and attorney's fees.

4. The Court reserves jurisdiction to enforce the parties' settlement agreement for no more than one (1) year from the date of this Order.

5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT**, all hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

6. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of November, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record